THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY PELAYO,<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant-Respondent. | CASE NO. C24-0815-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff-Petitioner's LCR 7(h) motion for reconsideration (Dkt. No. 27), in which he seeks a certificate of appealability in reference to the Court's recent order DENYING his § 2255 petition. (*See* Dkt. No. 25.) Defendant-Respondent may file a response to Plaintiff-Petitioner's request no later than 14 days from the date of this order. It should not exceed three (3) pages of argument. No reply to that response is permitted. The Clerk is directed to renote the motion for reconsideration (Dkt. No. 27) to September 9, 2026.

//

//

//

DATED this 25th day of August 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk