THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY PELAYO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C24-0815-JCC<br><br>ORDER |

This matter comes before the Court on Petitioner's motion for reconsideration, seeking a certificate of appealability ("COA") for his petition brought pursuant to 28 U.S.C. § 2255 (Dkt. No. 27), which the Court denied. (*See* Dkt. No. 25.) Having thoroughly considered the briefing and the relevant record, the Court DENIES the motion for the reasons explained herein.

A motion for reconsideration is generally disfavored. LCR 7(h)(1). It is only appropriate where there is "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* As this Court has frequently indicated, reconsideration should not be used to ask it to "rethink what it had already thought through—rightly or wrongly." *Wilcox v. Hamilton Constr., LLC*, 426 F. Supp. 3d 788, 791 (W.D. Wash. 2019) (cleaned up); *see, e.g.*, *Brown v. Murphy*, 2023 WL 6481566, slip op. at 1 (W.D. Wash. 2023); *Hoffman v. Transworld Sys. Inc.*, 2019 WL 109437, slip op. at 1 (W.D. Wash. 2019).

Petitioner, in seeking a COA, suggests that his § 2255 petition (implicating Second and Fifth Amendment rights), raises sufficiently novel issues, particularly in light of *New York State Rifle & Pistol Assn., Inc. v. Bruen*, 597 U.S. 1 (2022), to warrant further consideration of the claims contained therein. (*See generally* Dkt. No. 27.) But a COA should only issue if "jurists of reason would find it debatable whether the underlying section 2255 motion states a valid claim of the denial of a [such] right[s]." *United States v. Winkles*, 795 F.3d 1134, 1143 (9th Cir. 2015). The Court could not make this finding when dismissing the petition. (*See generally* Dkt. No. 25.) Nor can it do so now, on reconsideration. Thus, Petitioner fails to demonstrate the Court committed manifest error; nor does he provide the Court with new facts or legal authority that would alter the prior ruling. *See* LCR 7(h)(1).

Petitioner's motion for reconsideration (Dkt. No. 27) is DENIED.

DATED this 1st day of September 2026.



John C. Coughenour
UNITED STATES DISTRICT JUDGE